JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.L.R., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, <br><br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-10012-MCS-SHK <br><br> **JUDGMENT** |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: October 23, 2024

_____
HONORABLE MARK C. SCARSI
United States District Judge